## Richmond

ROBERT CHRISTOPHER THOMAS v. COMMONWEALTH OF VIRGINIA.

September 1, 1972.

Record Nos. 7939 and 7940.

Present, Snead, C.J., I'Anson, Carrico, Harrison, Cochran and Harman, JJ.

*Donald H. Bowman,* for plaintiff in error in Record Nos. 7939 and 7940.

*William P. Robinson, Jr., Assistant Attorney General (Andrew P. Miller, Attorney General,* on brief), for defendant in error in Record Nos. 7939 and 7940.

Per Curiam.

The sole issue presented on these appeals is the sufficiency of the evidence to support Thomas' convictions of statutory burglary and grand larceny. We have reviewed the evidence and we find that it is sufficient to support the convictions.

The judgments of the court below are

*Affirmed.*